STATE of Missouri, Respondent,

v.

Cleophus PARKER, Appellant.

Nos. WD 42267, WD 45924.

Missouri Court of Appeals,
Western District.

Feb. 9, 1993.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Defendant appeals the judgment finding him guilty of kidnapping in violation of § 565.110, RSMo 1986, forcible rape in violation of § 565.110, RSMo 1986, and armed criminal action in violation of § 571.015, RSMo 1986. Defendant also appeals the denial of his Rule 29.15 motion.

Judgment is affirmed. Rules 30.25(b) and 84.16(b).